Joseph W. Rose (SBN 232261)
Lisa L. Bradner (SBN 197952)
**ROSE LAW**
**A PROFESSIONAL CORPORATION**
11335 Gold Express Dr., Ste. 135
Gold River, CA 95670
Telephone:     (916) 273-1260
Facsimile:      (916) 290-0148
Email:            legalteam@joeroselaw.com

Attorneys for Plaintiffs and the Plaintiff Class
Individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMSES GUTIERREZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CARTER BROTHERS SECURITY SERVICES, LLC,<br>AT&T DIGITAL LIFE, INC.,<br>PACIFIC BELL TELEPHONE COMPANY DBA AT&T DATACOMM, INC.,<br>AT&T CORP.<br>and DOES 1 through 10, inclusive,<br><br>Defendants._____/ | CASE NO.:  2:14-CV-00351-MCE-CKD<br><br>**ORDER STAYING PLAINTIFFS' MOTION TO CONDITIONALLY CERTIFY FLSA COLLECTIVE ACTION**<br><br>[29 U.S.C. § 216(b)] |

On August 20, 2014, Plaintiffs RAMSES GUTIERREZ, JONATHAN JACOB, TOUSSAINT CHIVARS, JOSHUA ESPIRITU, PATRICK WILLIAMS, SAM PREEG, RICARDO SAPASAP, ARMANDO TORRES, KEONDRE MASTERS, GIANFRANCO UY, CHRISTOPHER ADDO; ALAN OSORIO, KEITH POLEE, EARL GRAY and ZACHARY FINER's ("Plaintiffs"), filed their motion to conditionally certify a collective action under section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and for an order authorizing facilitated notice (Document 54).

All parties to the action have entered into the attached Tolling Agreement, and therefore agree to stay Plaintiffs' Motion to Conditionally Certify a FLSA Collective Action until final resolution of the following three motions pending before this Court:

1. Carter Brothers's Motion to Dismiss the Complaint, or in the Alternative, Transfer, filed May 19, 2014 (Document 29);

2. Carter Brothers's Motion to Compel Arbitration and Dismiss Proceedings filed May 19, 2014 (Document 30);

3. AT&T Digital Life's Motion to Dismiss Plaintiffs' First Amended Complaint, filed May 19, 2014 (Document 32).

Based on the agreement of the parties, and good cause appearing therefore, the Court hereby orders Plaintiffs' Motion to Conditionally Certify a FLSA Collective Action STAYED. The continued hearing date of October 16, 2014 is VACATED.

**IT IS SO ORDERED**:

DATED: OCTOBER 1, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ROSE LAW, A PROFESSIONAL CORPORATION
11335 GOLD EXPRESS DRIVE, SUITE 135
GOLD RIVER, CALIFORNIA 95670
(916) 273-1260