UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMSES GUTIERREZ, individually and on behalf of all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CARTER BROTHERS SECURITY SERVICES, LLC, AT&T DIGITAL LIFE, INC., PACIFIC BELL TELEPHONE COMPANY dba AT&T DATACOMM, INC., AT&T CORP., and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:14-cv-00351-MCE-CKD<br><br>**ORDER** |

Plaintiffs filed their Motion to Conditionally Certify a Class Action in this matter on August 19, 2014. ECF No. 54. Thereafter, on October 2, 2014, the Court issued, pursuant to the parties' stipulation, an Order (ECF No. 60) staying the Class Certification Motion until resolution of three other motions then pending: 1) Defendant Carter Brothers' Motion to Dismiss, or Alternatively to Transfer (ECF No. 33); 2) Carter Brothers' Motion to Compel Arbitration and Dismiss Proceedings (ECF No. 34); and 3) Defendant AT&T's Motion to Dismiss (ECF No. 32).

///

///

On October 30, 2014, the Court issued a Memorandum and Order (ECF No. 61) denying AT&Ts' Motion to Dismiss.  The following day, October 30, 2014, an additional Memorandum and Order (ECF No. 62) denied Carter Brothers' two motions seeking to transfer this matter and to compel arbitration.  Subsequently, on November 24, 2014, Carter Brothers filed a Notice of Interlocutory Appeal with the Ninth Circuit as to the Court's October 30, 2014, Memorandum and Order.

Given the fact that the now pending appeal will delay any final resolution of Carter Brothers' Motions for the foreseeable future, since the Court's stay of Plaintiff's Class Certification Motion will remain in effect until such resolution, and given the length of time Plaintiff's certification request has already been pending, for purposes of managing its own docket, the Court hereby DENIES Plaintiff's Motion to Conditionally Certify (ECF No. 54) without prejudice to refiling once Carter Brothers' appeal has been adjudicated.

IT IS SO ORDERED.

Dated:  March 20, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT