JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
KATHERINE V.A. SMITH, SBN 247866
  ksmith@gibsondunn.com
ASHLEY ALLYN, SBN 254559
  aallyn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
AT&T DIGITAL LIFE, INC.

JOSEPH W. ROSE, SBN 232261
  joe@joeroselaw.com
MEHRAN TAHOORI, SBN 283313
  mehran@joeroselaw.com
ROSE LAW, A PROF. CORP.
11335 Gold Express Drive, Suite 135
Gold River, California 95670
Telephone: (916) 273-1260
Facsimile: (916) 290-0148

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMSES GUTIERREZ, et. al. individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARTER BROTHERS SECURITY SERVICES, LLC., AT&T DIGITAL LIFE, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 14-CV-00351-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DATES PENDING REPRESENTATION OF DEFENDANT CARTER BROTHERS SECURITY SERVICES, LLC**<br><br>ACTION FILED: March 10, 2014<br>JUDGE: Hon. Morrison C. England |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND ORDER TO CONTINUE DATES PENDING REPRESENTATION OF CARTER BROTHERS SECURITY SERVICES, LLC
CASE NO. 14-CV-00351-MCE-CKD

# STIPULATION

Plaintiffs and Defendant AT&T Digital Life, Inc. ("AT&T") (collectively with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on March 20, 2017, Plaintiffs filed a Renewed Motion to Conditionally Certify an FLSA Collective Action under section 16(b) of the Fair Labor Standards Act (Dkt. 79) (the "Motion");

WHEREAS, Plaintiffs' motion is currently noticed for hearing on June 15, 2017 (Dkt. 83);

WHEREAS, on April 26, 2017, AT&T served notices for the depositions of eight named Plaintiffs to occur in the month of May, 2017;

WHEREAS, on April 20, 2017, Gordon & Rees Scully Mansukhani ("Gordon & Rees"), counsel for Defendant Carter Brothers Security Services, LLC ("Carter Brothers") advised that it no longer represents Carter Brothers and that it intends to promptly file a Motion for Withdrawal of Counsel;

WHEREAS, because Carter Brothers is currently without representation in this action, continuing the hearing on Plaintiffs' Motion and the depositions noticed by AT&T pending the resolution of Gordon & Rees' Motion for Withdrawal of Counsel and potential new representation of Carter Brothers will conserve the resources of the Court and avoid prejudice to the Parties.

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The hearing on Plaintiffs' Motion be taken off-calendar;

2. If Gordon & Rees' Motion for Withdrawal of Counsel is granted, within 14 days after Carter Brothers files Notices of Appearance for new legal counsel, Plaintiffs will file a Notice to Reschedule Hearing on their Motion on a mutually agreed-upon date;

3. If Gordon & Rees' Motion for Withdrawal of Counsel is granted, within 14 days after Carter Brothers files Notices of Appearance for new legal counsel, Plaintiffs and AT&T will make a good faith effort to meet and confer with new counsel for Carter Brothers to schedule AT&T's noticed depositions;

2
JOINT STIPULATION AND ORDER TO CONTINUE DATES PENDING REPRESENTATION OF CARTER BROTHERS SECURITY SERVICES, LLC
CASE NO. 14-CV-00351-MCE-CKD

Gibson, Dunn & Crutcher LLP

4. If the Motion for Withdrawal of Counsel is granted, but no Notices of Appearance of Counsel for Carter Brothers are filed within 14 days thereafter, Plaintiffs and AT&T will promptly file a joint status report informing the Court of the status of the case and proposing a date and time for a status conference;

5. If the Motion for Withdrawal of Counsel is denied, (1) Plaintiffs and AT&T will make a good faith effort to meet and confer with Gordon & Rees regarding Plaintiffs' motion and AT&T's noticed depositions within 14 days of entry of an order denying the motion; and (2) Plaintiffs will file a Notice to Reschedule Hearing on their Renewed Motion to Conditionally Certify an FLSA Collective Action on a mutually agreed-upon date within 21 days of the denial of the motion.

**IT IS SO STIPULATED.**


Dated: May 1, 2017                GIBSON, DUNN & CRUTCHER LLP


By: /s/ Jesse A. Cripps
      Jesse A. Cripps

Attorneys for Defendant AT&T Digital Life, Inc.

Dated: May 1, 2017                ROSE LAW, A PROF. CORP.


By: /s/ Joseph W. Rose
      Joseph W. Rose

Attorneys for Plaintiff

# ORDER

Pursuant to this Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that:

1. The June 15, 2017, hearing on Plaintiffs' Motion is VACATED;

2. If Gordon & Rees' Motion for Withdrawal of Counsel is granted, within 14 days after Carter Brothers files Notices of Appearance for new legal counsel, Plaintiffs are to file a Notice to Reschedule Hearing on their Motion on a mutually agreed-upon date;

3. If Gordon & Rees' Motion for Withdrawal of Counsel is granted, within 14 days after Carter Brothers files Notices of Appearance for new legal counsel, Plaintiffs and AT&T are to make a good faith effort to meet and confer with new counsel for Carter Brothers to schedule AT&T's noticed depositions;

4. If the Motion for Withdrawal of Counsel is granted, but no Notices of Appearance of Counsel for Carter Brothers are filed within 14 days thereafter, Plaintiffs and AT&T will, within ten (10) days thereafter, file a joint status report informing the Court of the status of the case and proposing a date and time for a status conference;

5. If the Motion for Withdrawal of Counsel is denied, (1) Plaintiffs and AT&T will make a good faith effort to meet and confer with Gordon & Rees regarding Plaintiffs' motion and AT&T's noticed depositions within 14 days of entry of an order denying the motion; and (2) Plaintiffs will file a Notice to Reschedule Hearing on their Renewed Motion to Conditionally Certify an FLSA Collective Action on a mutually agreed-upon date within 21 days of the denial of the motion.

IT IS SO ORDERED.

**Dated: May 3, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4
JOINT STIPULATION AND ORDER TO CONTINUE DATES PENDING REPRESENTATION OF CARTER BROTHERS SECURITY SERVICES, LLC
CASE NO. 14-CV-00351-MCE-CKD

Gibson, Dunn & Crutcher LLP