| | |
|---|---|
| JESSE A. CRIPPS, SBN 222285<br>  jcripps@gibsondunn.com<br>KATHERINE V.A. SMITH, SBN 247866<br>  ksmith@gibsondunn.com<br>ASHLEY ALLYN, SBN 254559<br>  aallyn@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Attorneys for Defendant<br>AT&T DIGITAL LIFE, INC. | JOSEPH W. ROSE, SBN 232261<br>  joe@joeroselaw.com<br>MEHRAN TAHOORI, SBN 283313<br>  mehran@joeroselaw.com<br>ROSE LAW, A PROF. CORP.<br>11335 Gold Express Drive, Suite 135<br>Gold River, California 95670<br>Telephone: (916) 273-1260<br>Facsimile: (916) 290-0148<br><br><br>Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMSES GUTIERREZ, et. al. individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CARTER BROTHERS SECURITY SERVICES, LLC., AT&T DIGITAL LIFE, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 14-CV-00351-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br>ACTION FILED: March 10, 2014<br>JUDGE: Hon. Morrison C. England |

## **STIPULATION**

Plaintiffs and Defendant AT&T Digital Life, Inc. ("AT&T") (collectively with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on April 13, 2017, this Court entered an Initial Pretrial Scheduling Order ("Scheduling Order") (Dkt. 82);

WHEREAS, according to the terms of the Scheduling Order, the Parties must meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan by June 12, 2017 (Dkt. 82);

WHEREAS, the Parties must serve their initial disclosures at or within 14 days after their Rule 26(f) conference as required by Federal Rule of Civil Procedure 26(a)(1)(C);

WHEREAS, on May 2, 2017, Gordon & Rees Scully Mansukhani ("Gordon & Rees"), counsel for Defendant Carter Brothers Security Services, LLC ("Carter Brothers") filed a Motion for Withdrawal of Counsel (Dkt. 88), which is pending;

WHEREAS, good cause exists to grant relief from the deadlines imposed by the Scheduling Order because the Parties are currently unable to meet and confer with Carter Brothers regarding discovery issues;

WHEREAS, extending the time to provide initial disclosures and meet and confer regarding the Parties' discovery plan pending the resolution of Gordon & Rees' Motion to Withdraw as Counsel and potential new representation of Carter Brothers will conserve the resources of the Court and avoid prejudice to the Parties.

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The Scheduling Order should be amended to vacate the Parties' deadline to meet and confer regarding initial disclosures pursuant to Rule 26(f) and all related deadlines; and

2. The Court should issue a new Scheduling Order following the resolution of Gordon & Rees' Motion to Withdraw as Counsel and/or the filing of a notice of appearance of new counsel for Carter Brothers.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: June 5, 2017 | | GIBSON, DUNN & CRUTCHER LLP |

Dated: June 5, 2017    GIBSON, DUNN & CRUTCHER LLP

By: */s/ Katherine V.A. Smith*
Katherine V.A. Smith

Attorneys for Defendant AT&T Digital Life, Inc.

Dated: June 5, 2017    ROSE LAW, A PROF. CORP.

By: */s/ Joseph W. Rose*
Joseph W. Rose

Attorneys for Plaintiff

## ORDER

Pursuant to this Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that:

1. The Scheduling Order is amended to vacate the Parties' deadline to meet and confer regarding initial disclosures pursuant to Rule 26(f) and all related deadlines; and

2. Not later than ten (10) days following the date an order is electronically filed resolving Gordon & Rees' Motion to Withdraw as Counsel, the parties are directed to file a joint status report regarding the issuance of an Amended Scheduling Order.

IT IS SO ORDERED.

Dated: June 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE