UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMSES GUTIERREZ, individually and on behalf of all others similarly situated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARTER BROTHERS SECURITY SERVICES, LLC; AT&T DIGITAL LIFE, INC.; PACIFIC BELL TELEPHONE COMPANY dba AT&T DATACOMM, INC., AT&T CORP.; and DOES 1 through 10, inclusive, <br><br> Defendants. | No. 2:14-cv-00351-MCE-CKD <br><br> **MEMORANDUM AND ORDER** |

On June 27, 2017, this Court denied a motion to withdraw from Gordon & Rees LLP, the law firm representing Defendant Carter Brothers Security Services, LLC. Because Carter Brothers is not a natural person and therefore cannot represent itself in propria persona, see E.D. Cal. L.R. 183(a), the Court exercised its discretion to deny the motion and to grant Carter Brothers sixty (60) days to retain new counsel, ECF No. 97. The Court also stated that "[i]f new counsel is not retained within sixty (60) days, the Court will grant the Motion to Withdraw, strike Carter Brothers's Answer, and enter default judgment against it." Id. at 2.

///

1

On August 25, 2017, John Carter, the president of Carter Brothers sent a letter to chambers requesting an additional two weeks to obtain counsel, which was filed on the docket. ECF No. 99. Gordon & Rees LLP, however, is still counsel of record for Carter Brothers, and Carter Brothers can only appear before this Court through an attorney. See E.D. Cal. L.R. 183(a) ("A corporation or other entity may appear only by an attorney."). The Court hereby orders that Carter Brothers shall have until September 8, 2017, to seek—through counsel—any modification of the Court's June 27, 2017, Memorandum and Order. Otherwise, the Court shall proceed as originally set out in that prior decision.

IT IS SO ORDERED.

Dated: August 29, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE