UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMSES GUTIERREZ, individually and on behalf of all others similarly situated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARTER BROTHERS SECURITY SERVICES, LLC; AT&T DIGITAL LIFE, INC.; PACIFIC BELL TELEPHONE COMPANY dba AT&T DATACOMM, INC., AT&T CORP.; and DOES 1 through 10, inclusive, <br><br> Defendants. | No. 2:14-cv-00351-MCE-CKD <br><br> **ORDER** |

On September 15, 2017, this Court granted a Motion to Withdraw filed by former counsel for Defendant Carter Brothers Security Services, LLC ("Carter Brothers"), and entered default judgment against that Defendant. ECF No. 102. Previously, the Court had ordered:

> Not later than ten (10) days following the date an order is electronically filed resolving Gordon & Rees' Motion to Withdraw as Counsel, the parties are directed to file a joint status report regarding the issuance of an Amended Scheduling Order

ECF No. 96. No joint status report has been filed. Accordingly, the parties are again

1

directed to file such a report not later than October 16, 2017. Failure to comply with the orders of this Court will result in the imposition of sanctions upon no further notice to the parties.

In addition, the Court previously took under submission Plaintiffs' Motion to Conditionally Certify FLSA Collective Action (ECF No. 79) and Leave to Renew Motion (ECF No. 80). Given that judgment has since been ordered against Carter Brothers, those Motions are hereby DENIED without prejudice to renewal addressing the changed status of the parties.

IT IS SO ORDERED.

Dated: October 5, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE