| | |
|---|---|
| JESSE A. CRIPPS, SBN 222285<br>jcripps@gibsondunn.com<br>KATHERINE V.A. SMITH, SBN 247866<br>ksmith@gibsondunn.com<br>ASHLEY ALLYN, SBN 254559<br>aallyn@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Attorneys for Defendant<br>AT&T DIGITAL LIFE, INC. | JOSEPH W. ROSE, SBN 232261<br>joe@joeroselaw.com<br>MEHRAN TAHOORI, SBN 283313<br>mehran@joeroselaw.com<br>ROSE LAW, A PROF. CORP.<br>11335 Gold Express Drive, Suite 135<br>Gold River, California 95670<br>Telephone: (916) 273-1260<br>Facsimile: (916) 290-0148<br><br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMSES GUTIERREZ, et. al. individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARTER BROTHERS SECURITY SERVICES, LLC., AT&T DIGITAL LIFE, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 14-CV-00351-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER REGARDING PARTICIPATION IN VOLUNTARY DISPUTE RESOLUTION PROGRAM**<br><br>ACTION FILED: March 10, 2014<br>JUDGE: Hon. Morrison C. England |

# **STIPULATION**

Plaintiffs and Defendant AT&T Digital Life, Inc. ("AT&T") (collectively with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on July 18, 2018, this Court entered a Minute Order referring this matter to the Court's Voluntary Dispute Resolution Program (Dkt. 109);

WHEREAS, the Parties are currently engaged in informal settlement discussions and wish to postpone their participation in the Voluntary Dispute Resolution Program at this time;

WHEREAS, the Parties agree to report to the Court regarding the status of the matter and settlement discussions within approximately three months;

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The matter's referral to the Court's Voluntary Resolution Program is postponed pending the Parties' informal settlement discussions; and

2. The Parties will file a Joint Status Report on or before November 26, 2018 regarding the status of settlement discussions and indicating whether they agree to participate in the Voluntary Dispute Resolution Program at that time.

**IT IS SO STIPULATED.**


Dated: August 24, 2017             GIBSON, DUNN & CRUTCHER LLP


                                   By:  */s/ Katherine V.A. Smith*
                                            Katherine V.A. Smith

                                   Attorneys for Defendant AT&T Digital Life, Inc.


Dated: August 24, 2017             ROSE LAW, A PROF. CORP.


                                   By:  */s/ Joseph W. Rose*
                                            Joseph W. Rose

                                   Attorneys for Plaintiff

# **ORDER**

Pursuant to this Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that:

1. The matter's referral to the Court's Voluntary Resolution Program is postponed; and

2. The Parties shall file a Joint Status Report on or before November 26, 2018, regarding the status of settlement discussions. If the matter has not been settled, the Parties will indicate at that time whether they agree to participate in the Voluntary Dispute Resolution Program.

IT IS SO ORDERED.

Dated: August 28, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE