JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
KATHERINE V.A. SMITH, SBN 247866
  ksmith@gibsondunn.com
ASHLEY ALLYN, SBN 254559
  aallyn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Defendant
AT&T DIGITAL LIFE, INC.

JOSEPH W. ROSE, SBN 232261
  joe@joeroselaw.com
MEHRAN TAHOORI, SBN 283313
  mehran@joeroselaw.com
ROSE LAW, A PROF. CORP.
11335 Gold Express Drive, Suite 135
Gold River, California 95670
Telephone: (916) 273-1260
Facsimile: (916) 290-0148

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMSES GUTIERREZ, et. al. individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARTER BROTHERS SECURITY SERVICES, LLC., AT&T DIGITAL LIFE, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 14-CV-00351-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER REGARDING PARTICIPATION IN VOLUNTARY DISPUTE RESOLUTION PROGRAM**<br><br>ACTION FILED: March 10, 2014<br>JUDGE: Hon. Morrison C. England |

## **STIPULATION**

Plaintiffs and Defendant AT&T Digital Life, Inc. ("AT&T") (collectively with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on July 18, 2018, this Court entered a Minute Order referring this matter to the Court's Voluntary Dispute Resolution Program (Dkt. 109);

WHEREAS, on August 24, 2018, the Parties informed the Court that they were currently engaged in informal settlement discussions and that they would report to the Court regarding the status of the matter and the settlement discussions by November 26, 2018;

WHEREAS, the Parties are still engaged in informal settlement discussions and wish to postpone their participation in the Voluntary Dispute Resolution Program at this time;

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The matter's referral to the Court's Voluntary Resolution Program is postponed pending the Parties' informal settlement discussions; and

2. The Parties will file a Joint Status Report on or before January 28, 2019 regarding the status of settlement discussions and indicating whether they agree to participate in the Voluntary Dispute Resolution Program at that time.

**IT IS SO STIPULATED.**

Dated: November 26, 2018        GIBSON, DUNN & CRUTCHER LLP

By: */s/ Katherine V.A. Smith*
Katherine V.A. Smith

Attorneys for Defendant AT&T Digital Life, Inc.

Dated: November 26, 2018        ROSE LAW, A PROF. CORP.

By: */s/ Joseph W. Rose*
Joseph W. Rose

Attorneys for Plaintiff

# ORDER

Pursuant to this Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that:

1. The matter's referral to the Court's Voluntary Resolution Program is postponed; and

2. The Parties shall file a Joint Status Report on or before January 28, 2019 regarding the status of settlement discussions. If the matter has not been settled, the Parties will indicate at that time whether they agree to participate in the Voluntary Dispute Resolution Program.

IT IS SO ORDERED.

Dated: November 28, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE