| | |
|---|---|
| Joseph W. Rose, State Bar No. 232261<br>joe@joeroselaw.com<br>Mehran Tahoori, State Bar No. 283313<br>mehran@joeroselaw.com<br>ROSE LAW, APC<br>11335 Gold Express Drive, Suite 135<br>Gold River, California 95670<br>Telephone: (916) 273-1260<br>Facsimile: (916) 290-0148<br>Email: legalteam@joeroselaw.com<br><br>Attorneys for Plaintiffs | JESSE A. CRIPPS, SBN 222285<br>jcripps@gibsondunn.com<br>KATHERINE V.A. SMITH, SBN 247866<br>ksmith@gibsondunn.com<br>ASHLEY ALLYN, SBN 254559<br>aallyn@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Attorneys for Defendant<br>AT&T DIGITAL LIFE, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMSES GUTIERREZ, et. al. individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARTER BROTHERS SECURITY SERVICES, LLC., AT&T DIGITAL LIFE, INC.; and DOES 1 through 10, inclusive,<br>Defendants. | CASE NO. 14-CV-00351-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER REGARDING SCHEDULING ORDER**<br><br>ACTION FILED: March 10, 2014<br>JUDGE: Hon. Morrison C. England |

Plaintiffs and Defendant AT&T Digital Life, Inc. ("AT&T") (collectively with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 19, 2014, Plaintiffs filed a Motion to Conditionally Certify FLSA Collective Action (Dkt 54);

WHEREAS, on November 24, 2014, Defendant Carter Brothers Security Services, LLC filed a Notice of Interlocutory Appeal with the Ninth Circuit (Dkt 65) resulting in a stay on Plaintiffs' Class Certification Motion;

WHEREAS, on March 20, 2015, the Court denied without prejudice to refiling Plaintiffs' Class

Certification Motion given the length of time Plaintiffs' certification request was pending while stayed because of Carter Brothers' interlocutory appeal to the Ninth Circuit, and for purposes of managing its own docket (Dkt 68);

WHEREAS, on March 30, 2017, Plaintiffs filed a Renewed Motion to Conditionally Certify FLSA Collective Action (Dkt 79);

WHEREAS, on October 5, 2017, this Court denied without prejudice to renewal Plaintiffs' Motion to Conditionally Certify FLSA Collective Action (ECF No. 80) given that judgment was ordered againt Defendant Carter Brothers Security Services, LLC (Dkt 103);

WHEREAS, on October 16, 2017, the Parties filed a Joint Status Report (Dkt 104);

WHEREAS, on November 28, 2017, this Court entered a supplemental scheduling order (Dkt 105);

WHEREAS, on July 10, 2018, Defendant Carter Brothers Security Services, LLC, filed for Chapter 7 bankruptcy protection in the United States Bankrputcy Court for the Northern District of Georgia, Case number 18-61490-pwb, noticing Plaintiffs and Defendant AT&T Digital Life Inc. as creditors;

WHEREAS, on July 18, 2018, this Court entered a Minute Order referring this matter to the Court's Voluntary Dispute Resolution Program (Dkt. 109);

WHEREAS, on August 24, 2018, the Parties informed the Court that they were currently engaged in settlement discussions and that they would report to the Court regarding the status of the matter and the settlement discussions by November 26, 2018;

WHEREAS, on November 26, 2018, the Parties informed the Court that they were still engaged in settlement discussions and that they would report to the Court regarding the status of the matter and the settlement discussions by January 29, 2019;

WHEREAS, the Parties are still engaged in settlement discussions and wish to amend the Court's scheduling order to allow additional time and resources on concentrated settlement discussions to try to resolve the case;

WHEREAS, the Parties agree to report to the Court regarding the status of the matter and settlement discussions by January 29, 2019;

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The November 28, 2017, supplemental scheduling order (Dkt 105) is vacated pending the Parties' settlement discussions; and

2. The Parties will file a Joint Status Report on or before January 29, 2019, regarding the status of settlement discussions and a proposed amendment to the scheduling order.

**IT IS SO STIPULATED.**

Dated: December 10, 2018　　　GIBSON, DUNN & CRUTCHER LLP

By: /s/ Katherine V.A. Smith, as auth. On 12/10/18
　　　Katherine V.A. Smith

Attorneys for Defendant AT&T Digital Life, Inc.

Dated: December 10, 2018　　　ROSE LAW, A PROF. CORP.

By: /s/ Joseph W. Rose
　　　Joseph W. Rose

Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: December 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE